UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

KIMBERLY MONIQUE ROSS                                                PLAINTIFF

V.                                         CIVIL ACTION NO. 3:25-CV-356-KHJ-MTP

LOLITA YVETTE BAILEY-CHRISTIAN                                       DEFENDANT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing pro se Plaintiff Kimberly Monique Ross's federal claims with prejudice and dismissing her state-law claims without prejudice to her right to raise them in state court. This case is closed.

SO ORDERED AND ADJUDGED, this 8th day of August, 2025.

                                          s/ *Kristi H. Johnson*
                                          UNITED STATES DISTRICT JUDGE